ROBERT TAFOYA, State Bar No. 194444
DAVID GARCIA Sate Bar No. 218356
TAFOYA & GARCIA LLP
316 W. 2nd St. Ste 1000
Los Angeles, CA 90012
Tel: 213.617.0600
Fax: 213.617.2226
robert.tafoya@tafoyagarcia.com
david.garcia@tafoyagarcia.com

Attorneys for Plaintiff
MICHAEL HAMMITT

ERIC MECKLEY, State Bar No. 168181
JENNIFER SVANFELDT, State Bar No. 233248
KATHERINE DICK (SBN 273688)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com
jsvanfeldt@morganlewis.com
kdick@morganlewis.com

Attorneys for Defendant
LUMBER LIQUIDATORS INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAMMITT, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>LUMBER LIQUIDATORS, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 12-cv-01730 GPC JMA<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Rule 41(a)(1)(A)(ii), Fed.R.Civ.P.] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT MOTION TO DISMISS WITH PREJUDICE
CASE NO. 12-CV-01730 GPC JMA

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Michael Hammitt and Defendant Lumber Liquidators, Inc., by and through their respective counsel of record, hereby present this joint motion and stipulate that the above-captioned action be and hereby is dismissed with prejudice in its entirety. This dismissal is effective "without a court order." Fed. R. Civ. P. 41(a)(1)(A). The Parties shall bear their own respective costs and attorneys' fees related to and associated with the claims alleged by Plaintiff, the litigation of those claims, and the dismissal of this action.

Dated:   August 26, 2014            TAFOYA & GARCIA LLP

                                    By _____
                                       David A. Garcia

                                    Attorneys for Plaintiff
                                    MICHAEL HAMMITT

Dated:   ~~August 26~~, 2014        MORGAN, LEWIS & BOCKIUS LLP
         Sept. 2

                                    By _____
                                       Eric Meckley
                                       Jennifer Svanfeldt

                                    Attorneys for Defendant
                                    LUMBER LIQUIDATORS INC.

DB2/ 25286128.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                    JOINT MOTION TO DISMISS WITH PREJUDICE
                     CASE NO. 12-CV-01730 GPC JMA